# DAYTON RUBBER CO. *v.* CORDOVAN ASSOCIATES, INC.

No. 324.   Decided October 24, 1960.

*Philip C. Ebeling* and *James E. Corkey* for petitioner.

*Richard W. Galiher* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is vacated.and the case is remanded for consideration in light of *Commissioner of Internal Revenue* v. *Duberstein,* 363 U. S. 278, 291.

MR. JUSTICE BLACK dissents.